Kenneth L. Neeley, 025899
James R. Tschudy, 027039
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
info@neeleylaw.com

*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In Re:

**Albert Steven Garcia and**

**Barbara Jean Garcia**,

        Debtors.

Chapter 13
Case No.: 2:11-bk-22333-DPC

**CERTIFICATE OF MAILING**

    I, Jody E. McClelland, a legal assistant with Neeley Law Firm, PLC, in its capacity as attorneys for Barbara Jean Garcia, Debtor, hereby certify that on the 7th day of April 2014, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, a copy of the *Motion to Deconsolidate Case* and *Notice of Filing a Motion to Deconsolidate Case and Notice Bar Date for Filing an Objection or Response* and such documents was mailed as follows:

Albert Steven Garcia
11610 W. Hubbell
Avondale, AZ 85392

    **DATED** this 7th day of April, 2014.        */s/ Jody E. McClelland*
                                                                                    Jody E. McClelland